Wayne Godare
Chapter 13 Trustee
District of Portland – Oregon
222 SW Columbia Street, Suite 1700
Portland, OR  97201
(503) 972-6300

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 312-35754-TMB13 |
| MICHAEL L COLEMAN | ) | |
| | ) | Trustee's Objection to |
| | ) | Debtor's Modified Plan |
| Debtor(s) | ) | Dated 07-18-13 |
| | ) | |

Wayne Godare, the standing Chapter 13 Trustee ("the Trustee"), objects to Debtor(s) Modified Plan Dated 07-18-13, which was filed on or about 07-23-13, for the following reason(s):

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 – Objection to Debtor's Modified Plan Dated 07-18-13

1.       In LBF 1355.10, line 2, the date of the confirmed plan is "07-12-12" not "10-04-12".

Therefore, the Trustee objects to the Debtor's Modified Plan and requests that a hearing be set on the matter.

/s/ Wayne Godare
Wayne Godare, Chapter 13 Trustee

I certify that on August 8, 2013, I served copies of this objection on the debtors by mail, at the address as listed in the Court records. I further certify that debtors' attorney was served electronically via ECF on August 8, 2013.

/s/ Chris Fazio
For Wayne Godare, Chapter 13 Trustee